UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br>    SYLVESTER C JOHNSON<br>    DIANA JOHNSON<br>        Debtor(s) | Case No. 11-42817 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/21/2011.

2) The plan was confirmed on 01/30/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 01/30/2012, 06/04/2012, 02/05/2014, 06/09/2015.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 05/09/2016.

6) Number of months from filing to last payment: 62.

7) Number of months case was pending: 62.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $43,339.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

Document      Page 2 of 4

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $37,196.35 |
| Less amount refunded to debtor | $3.11 |

**NET RECEIPTS:** $37,193.24

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid Through the Plan | $1,368.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,656.16 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,024.16

Attorney fees paid and disclosed by debtor:   $2,132.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ASSET ACCEPTANCE LLC | Unsecured | 728.00 | 728.64 | 728.64 | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | NA | 1,865.54 | 1,865.54 | 0.00 | 0.00 |
| BANK OF AMERICA | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| CHASE CC | Unsecured | 594.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK USA | Unsecured | 730.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 300.00 | 450.00 | 450.00 | 0.00 | 0.00 |
| CITY OF CHICAGO WATER DEPT | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO WATER DEPT | Secured | 700.00 | 593.96 | 593.96 | 480.00 | 0.00 |
| CLERK OF THE LAKE COUNTY | Unsecured | 134.50 | NA | NA | 0.00 | 0.00 |
| COLUMBIA HOUSE | Unsecured | 119.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 568.36 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | NA | 848.43 | 848.43 | 0.00 | 0.00 |
| DEFENDER STEEL DOOR CO IN | Secured | 3,242.00 | 0.00 | 3,242.00 | 2,640.00 | 0.00 |
| DEFENDER STEEL DOOR CO IN | Unsecured | 3,242.00 | NA | NA | 0.00 | 0.00 |
| DELL BUSINESS CREDIT | Unsecured | 866.79 | NA | NA | 0.00 | 0.00 |
| DIRECT BRANDS DVD | Unsecured | 119.00 | NA | NA | 0.00 | 0.00 |
| DIRECTV | Unsecured | 305.00 | NA | NA | 0.00 | 0.00 |
| EAST BAY FUNDING | Unsecured | 171.00 | 266.20 | 266.20 | 0.00 | 0.00 |
| FINGERHUT | Unsecured | 34.00 | NA | NA | 0.00 | 0.00 |
| GENESIS FINANCIAL SERVICES | Unsecured | 750.00 | NA | NA | 0.00 | 0.00 |
| GRANITE RECOVERY LLC | Unsecured | NA | 191.75 | 191.75 | 0.00 | 0.00 |
| HIGH PRIORITY LOANS | Unsecured | NA | 4,285.91 | 4,285.91 | 0.00 | 0.00 |
| HIGH PRIORITY LOANS | Unsecured | 1,000.00 | 4,285.91 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 108.19 | 108.19 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 6,000.00 | 4,346.86 | 4,346.86 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | NA | 518.24 | 518.24 | 0.00 | 0.00 |
| MIDWEST TITLE LOANS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST TITLE LOANS | Secured | 2,000.00 | 1,100.00 | 1,100.00 | 1,100.00 | 35.67 |
| NATIONAL AUTO FINANCE CO | Secured | 6,507.88 | 9,515.05 | 9,515.05 | 9,515.05 | 746.63 |
| NATIONAL AUTO FINANCE CO | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL AUTO FINANCE COMPAN | Secured | NA | 0.00 | 500.00 | 497.04 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| NATIONWIDE LOAN | Unsecured | 2,086.00 | 0.00 | 1,555.91 | 0.00 | 0.00 |
| NATIONWIDE LOAN | Secured | NA | 1,555.91 | 1,555.91 | 0.00 | 0.00 |
| OCWEN LOAN SERVICING LLC | Secured | 157,000.00 | 194,108.45 | 212,732.94 | 0.00 | 0.00 |
| OCWEN LOAN SERVICING LLC | Secured | NA | 18,624.49 | 19,324.49 | 14,529.44 | 0.00 |
| OCWEN LOAN SERVICING LLC | Unsecured | 49,772.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 568.00 | 928.05 | 928.05 | 0.00 | 0.00 |
| PRA RECEIVABLES MGMT | Unsecured | 420.00 | 428.56 | 428.56 | 0.00 | 0.00 |
| PRA RECEIVABLES MGMT | Unsecured | 3,402.00 | 0.00 | 1,546.45 | 0.00 | 0.00 |
| PRA RECEIVABLES MGMT | Secured | 4,425.00 | 5,971.45 | 4,425.00 | 4,425.00 | 200.25 |
| PRA RECEIVABLES MGMT | Unsecured | 395.17 | 395.17 | 395.17 | 0.00 | 0.00 |
| PYOD LLC | Unsecured | NA | 1,074.77 | 1,074.77 | 0.00 | 0.00 |
| RUSH UNIVERSITY MEDICAL CENTE | Unsecured | 193.00 | NA | NA | 0.00 | 0.00 |
| RUSH UNIVERSITY MEDICAL CENTE | Unsecured | 366.00 | NA | NA | 0.00 | 0.00 |
| RUSH UNIVERSITY MEDICAL CENTE | Unsecured | 211.00 | NA | NA | 0.00 | 0.00 |
| RUSH UNIVERSITY MEDICAL CENTE | Unsecured | 142.00 | NA | NA | 0.00 | 0.00 |
| RUSH UNIVERSITY MEDICAL GROUP | Unsecured | 306.17 | NA | NA | 0.00 | 0.00 |
| SANTANNA ENERGY RESIDENT | Unsecured | 508.00 | NA | NA | 0.00 | 0.00 |
| SEARS CBSD | Unsecured | 883.00 | NA | NA | 0.00 | 0.00 |
| SIR FINANCE | Unsecured | NA | 1,666.00 | 1,666.00 | 0.00 | 0.00 |
| SPRINGLEAF FINANCIAL SERVICES | Unsecured | 1,327.00 | 2,467.43 | 2,467.43 | 0.00 | 0.00 |
| SPRINT | Unsecured | 1,252.00 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | 209.64 | NA | NA | 0.00 | 0.00 |
| ST MARY OF NAZARETH HOSPITAL | Unsecured | 306.00 | NA | NA | 0.00 | 0.00 |
| T-MOBILE/T-MOBILE USA INC | Unsecured | NA | 430.53 | 430.53 | 0.00 | 0.00 |
| US DEPT OF ED NAVIENT SOLUTION | Unsecured | NA | 9,078.10 | 9,078.10 | 0.00 | 0.00 |
| US DEPT OF ED NELNET | Unsecured | 5,978.00 | 4,291.96 | 4,291.96 | 0.00 | 0.00 |
| VYRIDIAN REVENUE MANAGEMENT | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| WEST SIDE EMERGENCY PHYS | Unsecured | 34.00 | NA | NA | 0.00 | 0.00 |
| WOMENS WORKOUT WORLD | Unsecured | 244.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $212,732.94 | $0.00 | $0.00 |
| Mortgage Arrearage | $19,324.49 | $14,529.44 | $0.00 |
| Debt Secured by Vehicle | $15,040.05 | $15,040.05 | $982.55 |
| All Other Secured | $5,891.87 | $3,617.04 | $0.00 |
| **TOTAL SECURED:** | **$252,989.35** | **$33,186.53** | **$982.55** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $4,346.86 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$4,346.86** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$33,125.83** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $3,024.16 |
| Disbursements to Creditors | $34,169.08 |
| **TOTAL DISBURSEMENTS** : | **$37,193.24** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 12/05/2016          By: /s/ Tom Vaughn
                                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**